UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MONROE COUNTY EMPLOYEES' RETIREMENT SYSTEM, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>-v-<br><br>THE SIMPLY GOOD FOODS COMPANY, GEOFF E. TANNER, SHAUN P. MARA, and CHRISTOPHER J. BEALER,<br><br>Defendants. | 26-CV-06971 (JAV)<br><br><u>ORDER REGARDING NOTICE TO PURPORTED PLAINTIFF CLASS MEMBERS</u> |

JEANNETTE A. VARGAS, United States District Judge:

On August 14, 2026, Plaintiff filed a putative class action on behalf of all purchasers of Good Foods common stock between October 24, 2024, and April 8, 2026. Docket No. 1. ("Compl."), ¶ 1. The Complaint alleges violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder.

Section 78u-4(a)(3)(A) of the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A), requires that "**[n]ot later than 20 days after the date on which the complaint is filed**, the plaintiff or plaintiffs shall cause to be published, in a widely circulated national business-oriented publication or wire service, a notice advising members of the purported plaintiff class . . . of the pendency of the action, the claims asserted therein, and the purported class period." 15 U.S.C. § 78u-4(a)(3)(A)(i) (emphasis added).

It is hereby ORDERED that **no later than September 18, 2026**, Plaintiff shall advise the Court in writing of the date and manner in which it published this notice.

SO ORDERED.

Dated: September 15, 2026
New York, New York

JEANNETTE A. VARGAS
United States District Judge